Thomas Cross

TDCJ-ID# 1721248

BETO UNIT

1391 FM 3328

TENNESSEE COLONY, TEXAS 75880

COURT OF CRIMINAL APPEALS

OFFICE OF THE CLERK

P.O. BOX 12308 - CAPITAL STATION

AUSTIN, TEXAS 78711

83,356-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 28 2015

Abel Acosta, Clerk

DATE 5/24/15

IN RE: LIBERTY COUNTY TRIAL COURT CAUSE No: CR27615, 75TH

DISTRICT COURT, EXPARTE THOMAS DARRELL CROSS JR, COURT

OF CRIMINAL APPEALS No. CR27615-B

TO WHOM IT MAY CONCERN.

CAN YOU PLEASE VERIFY FOR ME WETHER OR NOT YOU HAVE

RECEIVED MY WRIT OF HABEAS CORPUS, ORDER OF CONTROVERTED

UNRESOLED ISSUE'S AND THE STATES RESPONSE THERETO? I

WAS INFORMED BY THE DISTRICT CLERK THAT THESE DOCUMENTS

WERE SENT TO YOU. IF SO, CAN YOU PLEASE VERIFY AND SEND

ME A COPY OF THESE DOCUMENTS.

SINCERELY

THOMAS D. CROSS SR